UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | **CR 25-0671-AH** |
| Date | JANUARY 27, 2026 |

Present: The Honorable **ANNE HWANG, U. S. DISTRICT JUDGE**

Interpreter  N/A

| YOLANDA SKIPPER | VALERIE SAVLA | COLIN S. SCOTT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MARK LORENZO VILLANUEVA | X | X | | R. REID ROWE, DFPD | X | X | |

**Proceedings:**   **HEARING RE: CHANGE OF PLEA**

X   Defendant moves to change plea to **Count 1 and 3 of the Indictment.**

X   Defendant is sworn and waiver of Defendant's Constitutional Rights are taken. Defense counsel joins in waiver of Defendant's Constitutional Rights.

X   Defendant **Mark Lorenzo Villanueva,** enters a new and different plea of **GUILTY** to **Count 1 and 3 of the Indictment.**

X   The Court questions the defendant regarding plea of GUILTY, and FINDS that a factual and legal basis for the plea, and the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against his, the consequences of the plea; that there have been no promises of any kind made to the defendant by anyone and no threats or coercion have been exerted upon defendant in any manner. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to *JUNE 17, 2026 at 10:00 a.m.,* for sentencing. The Jury Trial date of February 3, 2026 as to this defendant is hereby vacated.

X   **Other: Counsel are ORDERED to comply with the Federal Rules of Criminal Procedure. Position papers are due 2 weeks prior to the hearing date. If there are no position papers, counsel are directed to file a notice of non-opposition.**

**The Court further orders today's proceedings and the transcript of these proceedings are hereby placed UNDER SEAL. Parties stipulate and the Court agrees that the colloquy taking the plea will suffice as Arraignment of the Defendant as to the Single Count superseding Information.**

CC: U.S. PROBATION, PRETRIAL SERVICES AGENCY

:42

CR-8 (1/89)           CHANGE OF PLEA MINUTE ORDER           Initials of Deputy Clerk YS