CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REID ROWE (Bar No. 321498)
(E-Mail:  Reid_Rowe@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
MARK LORENZO VILLANUEVA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00671-AH |
|---|---|
| Plaintiff, | **ORDER**<br>**CONTINUING SENTENCING  [30]** |
| v. | |
| MARK LORENZO VILLANUEVA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued June 17, 2026 to September 16, 2026 at 10:00 a.m.

DATED: APRIL 30, 2026          By  _Annuttwar_____

HON. ANNE HWANG
United States District Judge

CC:USPO

Presented by:

_/s/ Reid Rowe_____
Deputy Federal Public Defender